IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3014 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| OTILLA ORTIZ-CAHUEQUE, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that the hearing on the defendant's anticipated plea of guilty is rescheduled before Magistrate Judge Piester on the 12th day of June, 2007, at the hour of 2:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

May 11, 2007.                                  BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge