IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3014 |
| | ) | |
| v. | ) | |
| | ) | |
| OTILIA ORTIZ-CAHUEQUE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the United States Marshals Service shall <u>not</u> return the defendant to this District but rather deliver her to the Bureau of Prisons to serve her sentence. No further proceedings (including the "Rule 5" materials, filing no. 69) need be conducted. A copy of this order shall be provided to the United States Marshals Service.

DATED this 18th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge